GUSSIE SCHULDENFREI, Appellant, v. AMALGAMATED HOUSING CORPORATICN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin,

* Revd., 267 N. Y. 492.        † Revd., 267 N. Y. ——.

Merrell, O'Malley, Townley and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and grant a new trial.